Foster v Hughes (2023 NY Slip Op 03143)

Foster v Hughes

2023 NY Slip Op 03143

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, AND MONTOUR, JJ.

474 CA 22-01222

[*1]JAMIE FOSTER, PLAINTIFF-APPELLANT,
v
MICHELLE HUGHES, DEFENDANT-RESPONDENT. 

KIRWAN LAW FIRM, P.C., SYRACUSE (TERRY J. KIRWAN, JR., OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (KELLY J. PARE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oswego County (Scott J. DelConte, J.), entered February 9, 2022. The order, among other things, dismissed the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court